UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIGUEL ANGEL GARCIA-RUBIO,

Petitioner,

Case No. 1:26-cv-2399

v.

Honorable Paul L. Maloney

UNKNOWN PARTY et al.,

Respondents.

______________________________/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated: September 11, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge